# United States District Court
## Violation Notice

CVB Location Code: **WW63**

Violation Number: **6167775**
Officer Name (Print): **Peterson**
Officer No.: **2945**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): **08/09/2017 1538**
Offense Charged: ☒ CFR ☐ USC ☐ State Code: **36 CFR 2.10(b)(10)**

Place of Offense: **Ross Lake NRA, Colonial Creek Campground North #6**

Offense Description; Factual Basis for Charge: **Camping outside designated area**

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: **Cotton**
First Name: **Benjamin**
M.I.: **B**

[Street Address and personal information redacted]

Tag No: —  State: —  Year: —  Make/Model: —  PASS ☐  Color: —

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ **35** Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ **65** Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident